FILE COPY

# IN THE SUPREME COURT OF TEXAS

## NO. 13-0947

EDITH SUAREZ, INDIVIDUALLY AND AS SURVIVING PARENT OF A.S. AND S.S., DECEASED, AND AS SURVIVING SPOUSE OF HECTOR SUAREZ, DECEASED, Petitioner

v.

THE CITY OF TEXAS CITY, TEXAS, Respondent

## **MANDATE**

**To the Trial Court of Galveston County, Greetings:**

Before our Supreme Court on June 19, 2015, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **13-0947** in the Supreme Court of Texas

No. **01-12-00848-CV** in the **First** Court of Appeals

No. **11CV1108** in the **212th District Court** of **Galveston** County, Texas, was

determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the First District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be affirmed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is affirmed; and

2) Petitioner, Edith Suarez, Individually and as Surviving Parent of A.S. and S.S., Deceased, and as Surviving Spouse of Hector Suarez, Deceased, shall pay, and Respondent, The City of Texas City, Texas, shall recover, the costs incurred in this Court and the court of appeals.

Copies of the Court's judgment and opinion are certified to the Court of Appeals for the First District and to the District Court of Galveston County, Texas, for observance.

FILE COPY

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 30th day of July, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk